FILED by MG D.C.
ELECTRONIC
Jan. 12, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
AT LAW AND ADMIRALTY

09-60050 Civ-Cohn/Seltzer

| | |
|---|---|
| ROBERT BARNETT, | CASE No.: |
| Plaintiff, | |
| vs. | **COMPLAINT FOR DAMAGES** |
| | **DEMAND FOR JURY TRIAL** |
| CARNIVAL CRUISE LINES;. STEINER TRANSOCEAN,LTD and STEINER TRANSOCEAN U.S., INC., a Florida Corporation | |
| Defendants. | |

**COMES NOW** the Plaintiff, ROBERT BARNETT, ("Barnett") by and through his undersigned counsel, and sues the Defendants, CARNIVAL CRUISE LINES (hereinafter referred to as "CARNIVAL"), STEINER TRANSOCEAN, LTD and STEINER TRANSOCEAN U.S., INC, a Florida Corporation, and alleges the following:

1. This action seeks damage under the General Maritime Law of the United States 28 USC 1331.

2. This is an admiralty and maritime claim within the meaning of rule 9(h) of the Federal Rules of Civil Procedure.

3. That at all times material hereto, the Plaintiff, Barnett, was a passenger on board CARNIVAL's vessel MS PARADISE and was a resident of the State of California and a citizen of the United States.

4.     That at all times material hereto, the Defendant, CARNIVAL, was the owner, operator and /or charterer of the vessel MS. PARADISE and a foreign corporation doing business in Florida.

5.     That at all times material hereto, the Defendant STEINER TRANSOCEAN, LTD operated the spa on the Defendant CARNIVAL's vessel, MS PARADISE.

6.     That at all time material hereto, the Defendant STEINER TRANSOCEAN, U.S., INC., a Florida Corporation, wholly owns and/or does business as STEINER TRANSOCEAN, LTD. (Jointly stated at "STEINER")

7.     At all times material, the Defendants, CARNIVAL and STEINER, personally or through an agent:

> Operated, conducted, engaged in, or carried on a business venture in this state and/or county, or had an office or agency in this state and/or county.

> (a)     Was engaged in substantial activity within this state.

> (b)     Operated vessels in the waters of this state.

> (c)     Committed one or more of the acts stated in Florida Statutes, Sections 48.081, 48.181 or 48.193.

> (d)     The acts of Defendants set out in this Complaint occurred in whole or in part in the county and/or state.

8.     That at all times material, Defendants, CARNIVAL and STEINER owed a non-delegable duty to its passengers and business invitees including the Plaintiff, Barnett, to exercise reasonable care to keep and maintain its premises in a condition reasonably safe for use by its passengers. In particular, Defendants, CARNIVAL and STEINER, owed a duty to take such precautions as were reasonably necessary to protect its passengers, including Barnett, from reasonably, foreseeable unsafe conditions on or about Defendant's premises and/or to warn its passengers of any such danger which Defendants CARNIVAL

and STEINER knew or in the reasonable exercise of reasonable care, should have known or discovered.

9. On or about February 4, 2008, the Plaintiff Barnett, due to the Defendant's CARNIVAL and STEINER's negligence, suffered an injury. This injury occurred due to the failure of the Defendants to properly place warnings and notices over a piece of equipment improperly placed in the middle of a ballroom near the entrance to the spa

10. Iimmediately after Plaintiff Barnett entered the spa he turned and tripped and fell over this piece of equipment which had just been moved behind him without warning. As a result, the Plaintiff Barnett sustained multiple severe injuries to his knees and cause significant aggravation of pre-existing asymptomatic conditions, which became symptomatic after the incident.

11. The Defendant's CARNIVAL and STEINER maintained and operated the spa for the benefit of passengers.

12. At the time the Plaintiff was unaware that the Defendants CARNIVAL and STEINER failed to properly maintain the hallway near the spa in a safe condition so as to prevent the hazard for their passengers.

13. As a result of the poorly maintained and changed spa hallway, the Plaintiff tripped and fell sustaining multiple bodily injuries.

14. Defendants CARNIVAL and STEINER, its agents, servants and/or employees failed to take reasonable precautions for the safety of its passengers, including, ROBERT BARNETT, by failing to do any one or more of the following:

    (a) by failing to keep the spa entrance clear of obstacles to ensure that the floor was not encumbered with tripping hazards for their guest/passengers such as Barnett.

(b) by carelessly and negligently failing to provide appropriate maintenance or otherwise warn passengers such as Barnett of the likelihood of physical harm due to changed surface areas.

(c) by carelessly and negligently failing to maintain the floor and providing appropriate lighting to prevent or deter reasonably foreseeable injuries such as this.

(d) In that master, owners or operators of the vessel failed to provide the Plaintiff with a safe vessel, appliances and appurtenances, and keep same in a safe condition.

(e) Defendants CARNIVAL and STEINER and its corporate officers, servants, agents, employees and other persons for whom the Defendants were responsible, failed to take suitable precautions for the Plaintiff under the circumstance and conditions then existing. Said Defendants had actual and constructive notice of unsafe and dangerous condition.

10. As a direct and proximate result of the negligence of the vessel, the Plaintiff was caused to suffer severe bodily injury and permanent injuries which are still incapacitating and will be incapacitating in the future.

11. As a further direct and proximate result of this injury suffered by the Plaintiff, the Plaintiff will continue to suffer pain and mental anguish and has incurred medical expenses for the alleviation of this injury he has suffered, has lost income and has lost the enjoyment of leading a normal life, all of which injuries are permanent and continuing in nature.

- 4 -

**WHEREFORE,** the Plaintiff, ROBERT BARNETT, demands judgment against the Defendants, CARNIVAL CRUISE LINES, STEINER TRANSOCEAN, LTD and STEINER TRANSOCEAN, U.S., INC. for all damages as allowed under the General Maritime Law and for any other damage that this Court may deem fit and proper. Plaintiff further requests a trial by jury.

DATED: January 12, 2009

BARNETT & LERNER, P.A.
Attorneys for the Plaintiff
2860 Marina Mile Blvd., Suite 105
Ft. Lauderdale, Florida 33312
Telephone:   954-920-7400
Facsimile:    954-920-9492

BY: _____
DAVID C. BARNETT, ESQUIRE
Florida Bar No.: 880711

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Robert Barnett

**DEFENDANTS**
Carnival Cruise Lines, Steiner Transocean, LTD. and Steiner Transocean U.S.a Florida Corporation.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Barnett & Lerner, P.A.
2860 Marina Mile Blvd., Ste 105
Fort Lauderdale, FL 33312
954-920-7400

Attorneys (If Known)
0:09cv 60050 JIC/BSS

**(d)** Check County Where Action Arose: ☐ DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☑ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 USC 1331
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 1/12/09
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # 545178   AMOUNT _____   APPLYING IFP _____