UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
AT LAW AND ADMIRALTY

CASE NO. 09-60050 CIV-COHN/SELTZER

ROBERT BARNETT,

        Plaintiff,

vs.

CARNIVAL CRUISE LINES,
STEINER TRANSOCEAN, LTD.
and STEINER TRANSOCEAN
U.S., INC., a Florida Corporation

        Defendants.
_____/

## VERIFIED JOINT MOTION TO CONTINUE THE TRIAL

    The Parties, by and through undersigned counsel, move for a short continuance of the trial. In support thereof, the Parties state:

    1.    This case is set for bench trial during the October 26, 2009 trial period, with discovery closing on July 31, 2009.

    2.    Presently the Plaintiff is set for deposition July 24. 2009. However, the Plaintiff, who resides in California, has requested the deposition be rescheduled to late August 2009.

    3.    The Defendant is also working to schedule a medical examination of the Plaintiff while he is in South Florida for his deposition. However, the Plaintiff seeks to delay this examination until late August 2009, as well.

    4.    The Defendant has also scheduled the deposition of the Plaintiff's treating physicians in California and the Plaintiff's witnesses who reside there.

However, the Plaintiff's counsel seeks to have these rescheduled due to scheduling conflicts.

5. Additionally, the Plaintiff recently requested deposition dates for the Defendant's representatives. However, it is not likely these can be completed within the time remaining for completion of discovery.

6. The defense further submits, one of the attorneys responsible for this matter recently left the firm. This departure delayed the pursuit of trial preparations.

7. The Parties respectfully seek a continuance of the trial into the Court's April 2010 docket.

8. Local Rule 7.6 of the United States District Court for the Southern District of Florida sets forth the requirements for a continuance of trials and hearings. This Rule requires the filing of such motions at the earliest practical date and contemplates the granting thereof upon the showing of good cause.

9. The Parties submit there is good cause for a continuance of the trial given the Plaintiff's distance from this forum, the departure of an attorney responsible for this file from the defense firm, the need to take discovery in California, and the efforts to coordinate appearances of witnesses both locally and in California. The Parties have not been dilatory, but rather events outside their control have resulted in delays. Nonetheless, the Parties are working together to complete trial preparations.

10. A proposed Order is attached.

- 2 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

WHEREFORE, the Parties respectfully request a continuance of trial into the Court's April 2010 docket.

## VERIFICATION

We, David N. Gambach, Esq. and David Barnett, Esq., hereby swear that the factual information contained in this Motion is true and correct to the best of our knowledge and belief.

By:

s/ David C. Barnett
David C. Barnett, Esq.
Florida Bar No.

/s/ David N. Gambach
David N. Gambach, Esq.
Florida Bar No. 8540

Respectfully submitted,

s/ David C. Barnett
David C. Barnett, Esq.
Florida Bar No.
Barnett & Lerner, P.A.
2860 Marina Mile Blvd.
Suite 105
Fort Lauderdale, FL 33312
Telephone: (954) 920-7400
Facsimile: (954) 920-9492
Attorney for Plaintiff

/s/ David N. Gambach
JERRY D. HAMILTON, Esq.
Florida Bar No. 970700
DAVID N. GAMBACH, Esq.
Florida Bar No. 008540
Hamilton, Miller, & Birthisel, LLP
Attorneys for Defendants
150 Southeast Second Ave, Suite 1200
Miami, Florida 33131
Telephone 305-379-3686
Telefax 305-379-3690

- 3 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO. 09-60050 CIV-COHN/SELTZER

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 06, 2009, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ David N. Gambach
David N. Gambach

## SERVICE LIST

David C. Barnett, Esq.
Barnett & Lerner, P.A.
2860 Marina Mile Blvd.
Suite 105
Fort Lauderdale, FL 33312
Telephone: (954) 920-7400
Facsimile: (954) 920-9492
Attorney for Plaintiff

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690