UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
AT LAW AND ADMIRALTY

CASE NO. 09-60050 CIV-COHN/SELTZER

ROBERT BARNETT,

        Plaintiff,

vs.

CARNIVAL CRUISE LINES,
STEINER TRANSOCEAN, LTD.
and STEINER TRANSOCEAN
U.S., INC., a Florida Corporation

        Defendants.
_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR CONTINUANCE OF TRIAL

**THIS CAUSE** having come on to be heard upon the Parties' Joint Motion for continuance of trial and the Court, having considered the motion and being otherwise fully advised in the premises, hereupon

**ORDERS AND ADJUDGES** that the Motion be and the same is hereby GRANTED. Trial of this case is hereby continued to the trial period beginning _____, with calendar call on _____. In addition, the following pretrial deadlines are set by the court:

    Fact Discovery to be completed:     _____

    Expert Discovery to be completed:     _____

    Dispositive Pretrial Motions &
    Motion to Exclude or Limit
    Expert Testimony:     _____

CASE NO. 09-60050 CIV-COHN/SELTZER

Mediation Completed: _____

Motions in Limine: _____

Responses to Motions in Limine,
Joint Pretrial Stipulation, and
Designation of Deposition
Excerpts for Trial: _____

Submission of Objections to
Deposition Designations:          Day of Calendar Call

**DONE AND ORDERED** on this _____ day of _____, 2009.

_____
HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Barry S. Seltzer, United States Magistrate
David N. Gambach, Esq.
David C. Barnett, Esq.

- 2 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690